**Naitik D. PANWALA, Plaintiff–Appellant,**

v.

**SOUTHEASTERN REGIONAL MEDICAL CENTER, Defendant–Appellee.**

No. 02–2449.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

Naitik D. Panwala, Appellant Pro Se. James Bernard Spears, Jr., Jerry Howard Walters, Jr., Haynsworth, Baldwin, Johnson & Greaves, L.L.C., Charlotte, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Naitik D. Panwala seeks to appeal the district court's order granting his former employer, Southeastern Regional Medical Center, summary judgment in his civil action. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R.App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5) or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on November 8, 2002. The notice of appeal was filed on December 11, 2002. Because Panwala failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*